MARK FAY *vs.* JOHN L. BOND.

An award absolute and unconditional in its terms may be accepted, independently of another award, made by the same arbitrators and returned at the same time, respecting other matters in dispute between the same parties, no mutual dependence between the two being shown.

MOTION by the plaintiff to set aside an award in favor of the defendant in a case referred under rule of court. At the trial in the superior court it appeared that the same parties had also referred certain other matters in dispute to the same arbitrators by a submission under the statute, and the award in that case, having been returned into court at the same time with the present, was set aside. The plaintiff thereupon contended that the two cases were mutually dependent upon each other and in fact formed but one case, and that this was discoverable upon a comparison of the awards in the two cases. But *Ames*, J., ruled that the two awards were to be considered separately, and the award in this case was accordingly accepted. The plaintiff alleged exceptions.

*M. G. Cobb*, for the plaintiff.

*C. C. Esty*, for the defendant.

BIGELOW, C. J. The award is absolute and unconditional in its terms, and there is nothing to indicate that its performance was in any way connected with or dependent on the result of another case pending between the parties. On the contrary, the present case is expressly excepted from the submission entered into before the magistrate, and was not to be affected by the award which might be made in that proceeding.

*Exceptions overruled.*